IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW MICHAEL METZGER,<br><br>Defendant. | CR 21-116-BLG-SPW<br><br><br>ORDER |

Upon the Defendant's Motion to Terminate Supervised Release (Doc. 38),

pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure

32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

MATTHEW MICHAEL METZGER's supervised release is terminated as of the

date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of

the making of this Order.

DATED this _14th_ day of February, 2025.

SUSAN P. WATTERS
United States District Judge